IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDYTHE ABBLETT, et al., | No. C 06-2702 SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| ELI LILLY AND COMPANY, and McKESSON CORPORATION, | |
| Defendants. | |

On May 12, 2006, the parties filed a Stipulation requesting a stay of all proceedings in this action pending the transfer of this case to *In re Zyprexa Products Liability Litigation*, MDL No. 1596 [Docket No. 13].

Having considered the stipulation and good cause appearing,

IT IS HEREBY ORDERED THAT this action is STAYED in its entirety pending a ruling on the motion to transfer from the Judicial Panel on Multi-District Litigation ("MDL Panel"). All dates and deadlines established in this matter, including the hearings on Defendants' Motion to Stay and Plaintiffs' Motion to Remand and the Case Management Conference, are VACATED.

IT IS FURTHER ORDERED THAT Plaintiffs shall promptly inform the Court in writing of the status of the case no later than ten (10) days after the MDL Panel issues its ruling on the motion to transfer.

IT IS SO ORDERED.

Dated: 5/24/06

SAUNDRA BROWN ARMSTRONG
United States District Judge